*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

---

RUSSELL LOIOLA, a legally incapacitated person, by JEFFREY FRIED, Personal Representative,

   Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY OF AMERICA,

   Defendant,

and

CITIZENS INSURANCE COMPANY OF THE MIDWEST,

   Defendant-Appellant.

UNPUBLISHED
August 6, 2020

No. 348670
Washtenaw Circuit Court
LC No. 16-001044-NF

---

Before: METER, P.J., and BECKERING and O'BRIEN, JJ.

BECKERING, J. (*concurring*).

  I concur in the result only.

            /s/ Jane M. Beckering